8888

CENTRAL NATIONAL BANK v. GRIMES.

(82 S. E. 420.)

NEGOTIABLE INSTRUMENTS. INNOCENT HOLDER. DIRECTION OF VERDICT.

The undisputed testimony showing that plaintiff is a *bona fide* holder and assignee for value before maturity of negotiable notes, and there being no evidence to show that he had notice of any want of consideration, a verdict should have been directed in his favor in action on such notes, under *Commerce Trust Co.* v. *Grimes,* 98 S. C. 220, 82 S. E. 420.

Before BOWMAN, J., Walterboro, November, 1913.    Reversed.

Action by Central National Bank against M. L. Grimes, W. F. Carr, B. L. Cox, W. H. Cox, J. P. Gay, H. H. Butler and Thomas Southwell.    From a judgment for defendants, plaintiff appeals.

*Messrs. Smythe & Visanska,* for appellant, submit same authorities as in *Commercial Trust Co.* v. *Grimes,* in this volume.

*Messrs. Howell & Gruber* and *Peurifoy Bros.,* for respondent, submit same authorities as in *Commerce Trust Co.* v. *Grimes,* in this volume.

July 17, 1914.

The opinion of the Court was delivered by MR. JUSTICE FRASER.

The facts in this case being substantially the same as those in the case of *Commerce Trust Company* v. *M. L. Grimes et al.,* the judgment is reversed, for the reasons therein stated.